## GREGORY FIELDS *v.* WILFREDO GIRON

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 771 (AC 20680), is denied.

*Salvatore C. DePiano*, in support of the petition.

*Steven J. Barber*, in opposition.

Decided October 31, 2001

## ELIAS KALIMIAN, TRUSTEE *v.* ZONING BOARD OF APPEALS OF THE CITY OF NORWICH ET AL.

The petition by the defendant Steven Brenneisen for certification for appeal from the Appellate Court, 65 Conn. App. 628 (AC 20882), is denied.

*Adam A. Laben*, in support of the petition.

*Bruce G. MacDermid*, in opposition.

Decided October 31, 2001

## CHRISTINE LATHURAS *v.* SHORELINE DENTAL CARE, LLC, ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 65 Conn. App. 509 (AC 21025), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*William F. Gallagher* and *Hugh D. Hughes*, in support of the petition.

*Scott S. Centrella*, in opposition.

Decided October 31, 2001